NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

FERNANDO A. CABA,         )
                               )
         Appellant,        )
                               )
v.                          )    Case No. 2D16-5369
                               )
STATE OF FLORIDA,      )
                               )
        Appellee.         )
_____ )

Opinion filed July 14, 2017.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Sarasota County; Thomas Krug, Judge.

PER CURIAM.

        Affirmed without prejudice to file a facially sufficient motion.  See Saffold v.
State, 850 So. 2d 574, 576 (Fla. 2d DCA 2003).

NORTHCUTT, CRENSHAW, and SLEET, JJ., Concur.